# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

| Clerk's Minutes | Arraignment | | | |
|---|---|---|---|---|
| Date: | 4/22/2015 | Case Number: | 15-787 JH | |
| Case Title: USA v. | Vidal Sandoval | Liberty: | Gila @ | 10:08 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 2mins | |
| Probation/Pretrial: | Adam Duran | Interpreter: | | |

ATTORNEYS PRESENT:

| Plaintiff: | Norm Cairns | Defendant: | Aric Elsenheimer |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☐ Meet and Confer:
- ☒ Motions due by: 5/12/2015
- ☐ Discovery Order electronically filed
- ☒ Case assigned to:    Judge Herrera
- ☐ Trial set on trailing docket: TO BE NOTIFIED
- ☐ Defendant remanded to custody of USMS
- ☒ Defendant released:   Defendant continued on release as to previous conditions.
- ☐ Other: